**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Clayton v. Aon Corp.          Case Number: 1:26-cv-6026

An appearance is hereby filed by the undersigned as attorney for:

All Plaintiffs

Attorney name (type or print): Matthew T Hurst

Firm: Heffner Hurst

Street address: 30 N. LaSalle Street, Suite 2121

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6269980          Telephone Number: 312-346-3466 x2
(See item 3 in instructions)

Email Address:

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ✔ No |
| Are you a member of the court's general bar? | ✔ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ✔ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ✔ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ✔ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 22, 2026

Attorney signature:     S/ Matthew T. Hurst
                        (Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023