AFFIDAVIT OF SERVICE

P26991597

KAHN SWICK & FOTI, LLC - ANGELA PETRILLO    ANGELA PETRILLO

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

BRYAN CLAYTON, ETAL

PLAINTIFF

index No. 1:26-CV-06026

Date Filed

File No.

- vs -

AON CORPORATION, THE BOARD OF DIRECTORS OF AON PIE AND ITS MEMBERS, ETAL

DEFENDANT

Court Date:

AFFIDAVIT OF SERVICE

STATE OF _Illinois_____, COUNTY OF _DuPage_____ :SS:

_John Pennell_____, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of _Illinois_.

On _May 29, 2026_____ at _2:50 pM_____,

at **ILLINOIS CORPORATION SERVICE COMPANY 801 ADLAI STEVENSON DRIVE  SPRINGFIELD, IL 62703**

_____,

deponent served the within **SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT** on: **AON CORPORATION,** the **DEFENDANT** therein named.

_____#1 INDIVIDUAL    By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

_X_#2 CORPORATION    By delivering a true copy of each personally to _Alyssa Marino_____
,

Deponent knew the person to be serve to be the (title) _Authorized Agent_____
who provided verbal confirmation that he or she is authorized by appointment or law to receive service on behalf of the **DEFENDANT**.

_____#3 SUITABLE AGE PERSON    By delivering a true copy of each to _____ a person
of suitable age and discretion.
Said premises is **DEFENDANT'S**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

_____#4 AFFIXING TO DOOR    By affixing a true copy of each to the door of said premises, which is **DEFENDANT'S**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **DEFENDANT** or a person of suitable age and discretion, having called thereat

on the _____ day of _____    at _____

on the _____ day of _____    at _____

on the _____ day of _____    at _____

on the _____ day of _____    at _____

Address confirmed by

_____#5 MAIL COPY    ~~On _____ I deposited in the United States mail a true copy~~ of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

_X_#6 DESCRIPTION (USE WITH #1, 2 OR 3)    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.
Sex: _Female_____    Color: _Caucasian____    Hair: _Brown____
Age: _23_____    Height: _5'4-11_____    Weight: _135lbs____
OTHER IDENTIFYING FEATURES: _____

_____#7 WITNESS FEES    The authorized witness fee and / or traveling expenses were paid (tendered) to the **DEFENDANT** in the amount of $ _____

_____#8 MILITARY SRVC    Deponent asked person spoken to whether the **DEFENDANT** was presently in military service of the United States Government or of the State of _____ and was informed that **DEFENDANT** was not.

_____#9 OTHER

Sworn to before me this 4TH day of JUNE 2026

_Rachel Pennell_____
NOTARY NAME & DATE

OFFICIAL SEAL
RACHEL ELIZABETH PENNELL
Notary Public, State of Illinois
Commission No. 997692
My Commission Expires Sept. 30, 2028

We Serve Law
1235 BROADWAY 2ND FLOOR
NEW YORK, NY 10001
Reference No: 7-WSL2220-26991597